United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA CARMACK, | No. C 07-02124 WHA |
| Plaintiff, | |
| v. | **ORDER REMOVING CASE FROM ELECTRONIC CASE FILING** |
| THE CHASE MANHATTAN BANK, | |
| Defendant. / | |

This case was erroneously designated for Electronic Case Filing. Plaintiff in this action is *pro se*. The Clerk is hereby directed to remove this case from Electronic Case Filing.

**IT IS SO ORDERED.**

Dated: April 19, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE