1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTHA CARMACK,

    Plaintiff,

  v.

THE CHASE MANHATTAN BANK,

    Defendant.
                                   /

No. C 07-02124 WHA

**ORDER REMOVING CASE FROM ELECTRONIC CASE FILING**

     This case was erroneously designated for Electronic Case Filing. Plaintiff in this action is *pro se*. The Clerk is hereby directed to remove this case from Electronic Case Filing.

**IT IS SO ORDERED.**

Dated: April 19, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE