IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTHA CARMACK,

    Plaintiff,

v.

THE CHASE MANHATTAN BANK (USA),

    Defendant.

No. C 07-02124 WHA

**ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

The Court hereby **GRANTS** defendant's request to continue the case management conference to **AUGUST 2, 2007, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior. All initial disclosures deadlines are extended accordingly.

**IT IS SO ORDERED.**

Dated: June 26, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE