IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTHA CARMACK,

    Plaintiff,

  v.

THE CHASE MANHATTAN BANK (USA),

    Defendant.

No. C 07-02124 WHA

**ORDER TO SHOW CAUSE WHY JUDGMENT SHOULD NOT BE ENTERED**

On August 3, 2007, this Court granted defendant's motion to dismiss and granted defendant's motion to confirm the arbitration award. Plaintiff was given until August 16, 2007, to file a motion seeking leave to amend her complaint. She has failed to do so. By **NOON** on **AUGUST 30, 2007**, each side must file a statement explaining what remains to be done in this matter and whether final judgment should be entered against plaintiff.

**IT IS SO ORDERED.**

Dated: August 27, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE