**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTHA CARMACK,                                              No. C 07-02124 WHA

     Plaintiff,

  v.                                                   **ORDER REQUESTING RESPONSE**

THE CHASE MANHATTAN BANK,

     Defendant.

_____/

     Defendant will please file a response to Ms. Carmack's notice of motion and motion for reconsideration no later than **5:00 p.m.** on **Friday, September 7, 2007**.

     **IT IS SO ORDERED.**

Dated: September 6, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE