IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA CARMACK, | No. C 07-02124 WHA |
| Plaintiff, | |
| v. | **ORDER RE PLAINTIFF'S OPPOSITION** |
| THE CHASE MANHATTAN BANK, | |
| Defendant. | |

    Plaintiff and counter-defendant Martha Carmack has failed to respond to the motion for award of attorney's fees filed by defendant and counter-claimant Chase Manhattan Bank. Her opposition was due on October 11, 2007. The Court hereby orders plaintiff Carmack to file an opposition by **THURSDAY, OCTOBER 25, 2007**, at **NOON**. Plaintiff is reminded that there is a hearing on this matter. Plaintiff should be present at the hearing for defendant's motion for an award of attorney's fees on **NOVEMBER 1, 2007**, at **8:00 A.M**.

    **IT IS SO ORDERED.**

Dated: October 18, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE